FARMINGTON RIVER WATERSHED ASSOCIATION, INC.,
ET AL. *v.* STANLEY J. PAC, COMMISSIONER OF
ENVIRONMENTAL PROTECTION, ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 17 Conn. App. 165, is denied.

*John L. Laudati,* in support of the petition.

*Robert B. Teitelman,* assistant attorney general, and *Lawrence J. Golden,* in opposition.

Decided January 19, 1989

HARTFORD CONTAINERS, INC. *v.* ADMINISTRATOR,
UNEMPLOYMENT COMPENSATION ACT, ET AL.

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Richard T. Sponzo,* assistant attorney general, in support of the petition.

*David M. Sheridan,* in opposition.

Decided January 31, 1989

HERBERT V. CAMP, JR. *v.* UNION MANUFACTURING
COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 17 Conn. App. 70, is denied.

*Herbert V. Camp, Jr.,* pro se, in support of the petition.

*Jacob Wieselman, Ralph G. Elliot* and *George C. Hastings,* in opposition.

Decided January 31, 1989